# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN DROVER,

    Plaintiff(s),

vs.

LG ELECTRONICS USA, INC.,

    Defendant(s).

Case #2:12-cv-00510-LRH-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

---

    **William B. Federman**, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

**FEDERMAN & SHERWOOD**
(firm name)

with offices at    **10205 N. Pennsylvania Avenue**,
(street address)

**Oklahoma City**, **Oklahoma**, **73120**,
(city)    (state)    (zip code)

**(405) 235-1560**, **wbf@federmanlaw.com**.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

**Plaintiff Kevin Drover** to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since  10/14/1982 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of  Oklahoma 
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| SEE ATTACHED EXHIBIT A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

SEE ATTACHED EXHIBIT B

2

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7. That Petitioner is a member of good standing in the following Bar Associations:

Oklahoma Bar Association, Texas Bar Association New York Bar Association (SEE ATTACHED EXHIBIT C)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 10/22/2009 | Israni v. Bittman, et al. | USDC District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 12/11

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Oklahoma____ )
                          )
COUNTY OF ____Oklahoma____ )

____William B. Federman____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this __4th__ day of __April__, __2012__

__Alicia D. Bolton__
Notary Public or Clerk of Court

[Notary Seal: ALICIA D. BOLTON, NOTARY, #06009993, EXP. 10/12/14, STATE OF OKLAHOMA, PUBLIC]

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Dennis L. Kennedy__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__8984 Spanish Ridge Avenue__,
(street address)

__Las Vegas__, __Nevada__, __89148__,
(city)        (state)       (zip code)

__(702) 562-8820__, __dkennedy@baileykennedy.com__.
(area code + telephone number)    (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Dennis L. Kennedy_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1462                    dkennedy@baileykennedy.com
Bar number              Email address

APPROVED:
DATED this 23rd day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11

# EXHIBIT A

| **BAR ADMISSION HISTORY** |||
|---|---|---|
| **COURTS TO WHICH ADMITTED** | **LOCATION** | **DATE OF ADMISSION/BAR NO.** |
| State of Oklahoma | Oklahoma City | 10/14/1982 – Bar #2853 |
| State of Texas | Austin | 11/2/1995–Bar #00794935 |
| State of New York | Albany | 9/22/1988 – No Bar No. |
| U.S. District Court – Western District of Oklahoma | Oklahoma City | 12/1/1982 – No Bar No. |
| U.S. District Court – Northern District of Oklahoma | Tulsa | 5/26/1983 – No Bar No. |
| U.S. District Court – Eastern District of Oklahoma | Okmulgee | 2/1/1996 – No Bar No. |
| U.S. District Court – District of Columbia (*non-practicing bar member*) | Washington, D.C. | 7/15/1985 – Bar #390425 |
| U.S. District Court – Eastern District of Arkansas | Little Rock | 1/23/1998 – No Bar No. |
| U.S. District Court – Western District of Arkansas | Fort Smith | 1/23/1998 – No Bar No. |
| U.S. District Court – Southern District of Texas | Houston | 1/6/1998 – Bar #21540 |
| U.S. District Court – Northern District of Texas | Dallas | 1/13/1999 – No Bar No. |
| U.S. District Court – Eastern District of Texas | Tyler | 7/30/2002 – No Bar No. |
| U.S. District Court – Western District of Texas | Waco | 11/4/2005 – No Bar No. |
| U.S. District Court – District of Colorado | Denver | 3/29/2002 – No Bar No. |
| U.S. District Court – Northern District of Ohio | Cleveland | 1/13/2006 – No Bar No. |
| U.S. District Court – Southern District of New York | New York City | 10/2/1990 – Bar #WF9124 |
| U.S. District Court – Eastern District of New York | Brooklyn | 10/9/2003 – Bar #WF9124 |
| U.S. Court of Appeals – Federal Circuit | Washington, D.C. | 11/4/1998 – No Bar No. |
| U.S. Court of Appeals – First Circuit | Boston | 1/24/2006 – Bar #110174 |
| U.S. Court of Appeals – Second Circuit | New York City | 6/16/2003 – No Bar No. |
| U.S. Court of Appeals – Third Circuit | Philadelphia | 6/19/2007 – No Bar No. |
| U.S. Court of Appeals – Fourth Circuit | Richmond | 10/10/2003 – No Bar No. |
| U.S. Court of Appeals – Fifth Circuit | New Orleans | 2/19/2004 – No Bar No. |
| U.S. Court of Appeals – Sixth Circuit | Cincinnati | 5/28/2009 – No Bar No. |
| U.S. Court of Appeals – Eighth Circuit | St. Louis | 4/28/2008 – No Bar No. |
| U.S. Court of Appeals – Tenth Circuit | Denver | 11/8/1983 – No Bar No. |
| U.S. Court of Appeals – Eleventh Circuit | Atlanta | 3/8/2006 – No Bar No. |
| U.S. Court of Appeals – Seventh Circuit | Chicago | 1/27/2011 – No Bar No. |
| United States Supreme Court | Washington, D.C. | 5/16/2005 – No Bar No. |

# EXHIBIT B

**EXHIBIT B**

Applicant certifies that sanctions were entered in *Guy Del v. SAC Capital Management LLC*, 06-CV-01413 (D. N.J.) and *De La Fuente v. DCI Telecommunications, Inc.*, No. 01-CV-3365 (S.D.N.Y.). The circumstances surrounding the sanctions in *Guy Del v. SAC Capital Management, LLC* in 2008 involved the refusal of Federman & Sherwood's client to allow the firm to dismiss the action and agree to allow Federman & Sherwood to withdraw from the case after a conflict arose with the client when an Order was entered in a related RICO action. Federman & Sherwood wanted to dismiss the underlying action, but could not obtain client approval. The resulting sanction was dismissal of the Complaint.

Sanctions were again filed against Federman & Sherwood in *De La Fuente v. DCI Telecommunications, Inc.* in 2002. Federman & Sherwood represented a purported class of shareholders against DCI Telecommunications, Inc. and its former auditor. While denying the Defendants' Motion to Dismiss in part and certifying a class, the Court also entered a monetary sanction under the PSLRA for the part of the case dismissed under, what the Court believed, was the applicable statute of limitations. These are the only two sanction matters in applicant's 30 years of law practice.

# EXHIBIT C

# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

## CERTIFICATE

I, Michael S. Richie, Clerk of the Supreme Court of the State of Oklahoma, do hereby certify that William B. Federman, of Oklahoma City, Oklahoma, was admitted to practice in the Supreme Court of the State of Oklahoma upon Exam, on October 14, 1982, and is now an attorney and counselor at law in good standing at the Bar of said State.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the 29th day of March, 2012.

MICHAEL S. RICHIE, CLERK
SUPREME COURT OF OKLAHOMA

S-E-A-L

By: _____

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

March 30, 2012

RE: **Mr. William B. Federman**
State Bar Number - **00794935**

To Whom it May Concern:

This is to certify that Mr. William B. Federman was licensed to practice law in Texas on November 02, 1995 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh





# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## William Bernard Federman

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **30th day of August, 1988**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **6th day of April, 2012.**



*Robert D Mayberger*
Clerk