PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

SANDRA C. MCCALLION
MELANIE GROSSMAN
COHEN & GRESSER LLP
800 Third Avenue
New York, New York 10022
212 957 7600 phone
212 957 4514 fax
smccallion@cohengresser.com
mgrossman@cohengresser.com
(*pro hac vice* applications to be submitted)

*Attorneys for Defendant LG Electronics, USA, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DROVER, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS USA, INC.,<br><br>Defendant. | Case No. 2:12-cv-00510-LRH-VCF<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE CLASS ACTION COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1 and 7-1, Defendant LG Electronics USA, Inc. ("Defendant"), by and through its undersigned counsel, and Plaintiff Kevin Drover ("Plaintiff"), by and through his undersigned counsel, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Class Action Complaint. This is the First Request for an Extension of Time to File an Answer or Otherwise Respond to Plaintiff's Complaint. Defendant was served with a copy of the Summons and Complaint in this matter on March 30, 2012 and its answer or other response was due by April 20, 2012. Prior to the

expiration of the date to respond, Defendant sought an extension of time in order to retain local Nevada counsel.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully request this Court grant an extension of time, up to and including May 25, 2012 for Defendant to file an answer or otherwise respond to Plaintiff's Complaint.

DATED: April 24, 2012.

| FEDERMAN & SHERWOOD | MCDONALD CARANO WILSON LLP |
|---|---|
| /s/ William B. Federman       (by consent)<br>WILLIAM B. FEDERMAN<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, Oklahoma 73120<br>(405)235-1560 Telephone<br>(405) 239-2112 Facsimile<br>wbf@federmanlaw.com<br>(admitted *pro hac vice*) | /s/ Pat Lundvall<br>Pat Lundvall, Esq. (NSBN 3761)<br>Kristen Gallagher, Esq. (NSBN 9561)<br>2300 West Sahara Avenue, Suite 1000<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>Facsimile: (702) 873-9966<br>lundvall@mcdonaldcarano.com<br>kgallagher@mcdonaldcarano.com |
| Dennis L. Kennedy, Esq. (NSBN 1462)<br>Joseph A. Liebman, Esq. (NSBN 10125)<br>BAILEY KENNEDY<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br>Telephone: (702) 562-8820<br>Facsimile: (701) 562-9921<br>dkennedy@baileykennedy.com<br>jliebman@baileykennedy.com | Sandra C. Mccallion, Esq.<br>Melanie Grossman, Esq.<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, New York 10022<br>212 957 7600 phone<br>212 957 4514 fax<br>smccallion@cohengresser.com<br>mgrossman@cohengresser.com<br>(*pro hac vice* applications to be submitted) |
| *Attorneys for Plaintiff Kevin Drover* | *Attorneys for Defendant LG Electronics, USA, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____