PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, NV  89102
Telephone: 702.873.4100
Facsimile:  702.873.9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

SANDRA C. McCALLION
S.C. SOHN
THOMAS E. BEZANSON
MATTHEW V. POVOLNY
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, NY 10022
Phone:  (212) 957-7600
Fax:  (212) 957-4514
smccallion@cohengresser.com
scsohn@cohengresser.com
tbezanson@cohengresser.com
mpovolny@cohengresser.com
(*pro hac vice* applications pending)

*Attorneys for Defendant LG Electronics, U.S.A., Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DROVER, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS USA, INC.,<br><br>Defendant. | Case No. 2:12-cv-00510-JCM-VCF<br><br>**DEFENDANT LG ELECTRONICS USA, INC.'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for LG Electronics USA, Inc. (a private non-governmental party), certifies that the following have an interest in the outcome of this case: LG Electronics, Inc., the publicly-held corporate parent of LG Electronics USA, Inc.  LG Electronics, Inc. owns 10% or more of LG Electronics USA, Inc.'s stock.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

DATED this 25th day of May, 2012.

            McDONALD CARANO WILSON LLP

            By: /s/ Kristen T. Gallagher
              Pat Lundvall (NSBN 3761)
              Kristen T. Gallagher (NSBN 9561)
              2300 W. Sahara Avenue, Suite 1000
              Las Vegas, NV  89102
              Telephone:  702.873.4100
              Facsimile:  702.873.9966
              lundvall@mcdonaldcarano.com
              kgallagher@mcdonaldcarano.com

              Sandra C. Mccallion
              S.C. Sohn
              Thomas E. Bezanson
              Matthew V. Povolny
              COHEN & GRESSER LLP
              800 Third Avenue, 21st Floor
              New York, NY 10022
              Phone:  (212) 957-7600
              Fax:  (212) 957-4514
              smccallion@cohengresser.com
              scsohn@cohengresser.com
              tbezanson@cohengresser.com
              mpovolny@cohengresser.com
              (*pro hac vice* applications pending)

              *Attorneys for Defendant LG Electronics, U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on this 25th day of May, 2012, I caused a true and correct copy of the foregoing **DEFENDANT LG ELECTRONICS U.S.A., INC.'S CERTIFICATE OF INTERESTED PARTIES** to be served via the U.S. District Court's Notice of Electronic Filing ("NEF") in the above-captioned case, upon the following:

Dennis L. Kennedy, Esq. (NSBN 1462)
Joseph A. Liebman, Esq. (NSBN 10125)
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: (702) 562-8820
Facsimile: (701) 562-9921
dkennedy@baileykennedy.com
jliebman@baileykennedy.com

WILLIAM B. FEDERMAN
FEDERMAN & SHERWOOD
8 10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
9 (405)235-1560 Telephone
(405) 239-2112 Facsimile
wbf@federmanlaw.com
(admitted *pro hac vice*)

*Attorneys for Plaintiff Kevin Drover*

/s/Yalonda Dekle
An employee of McDonald Carano Wilson LLP