DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada  89148-1302
(702) 562-8820  Telephone
(702) 562-8821  Facsimile
dkennedy@baileykennedy.com
jliebman@baileykennedy.com

WILLIAM B. FEDERMAN *(admitted pro hac vice)*
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma  73120
(405) 235-1560  Telephone
(405) 239-2112  Facsimile
wbf@federmanlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DROVER, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS USA, INC.,<br><br>Defendant. | Case No. 2:12-cv-00510-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS THE CLASS ACTION COMPLAINT AND TO FILE REPLY BRIEF**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Kevin Drover ("Plaintiff"), by and through his undersigned counsel, and Defendant LG Electronics USA, Inc. ("Defendant"), by and through its undersigned counsel, hereby respectfully submit this Stipulation and Order Extending Time to Respond to Defendant's Motion to Dismiss the Class Action Complaint and to file a

Reply Brief. This is the First Request for an Extension of Time to File a Response to Defendant's Motion to Dismiss. Defendant filed its Motion to Dismiss on May 25, 2012 and Plaintiff's response is due on June 11, 2012. Defendant's Reply in support of its Motion to Dismiss is due on June 18, 2012. Prior to the expiration of the date to respond, Plaintiff sought an extension of time to respond due to the complexity of the issues contained within the Motion to Dismiss. Further, Defendant seeks an extension of time in which to file a Reply brief in support of the Motion to Dismiss.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully request this Court grant an extension of time, up to and including June 25, 2012 for Plaintiff to file a response to Defendant's Motion to Dismiss and an extension of time, up to and including July 23, 2012 for Defendant to file a Reply brief in further support of its Motion to Dismiss.

///

///

///

///

///

///

///

///

DATED: June 5, 2012.

| | |
|---|---|
| /s/William B. Federman | /s/Kristen Gallagher |
| WILLIAM B. FEDERMAN *(admitted pro hac vice)* | Pat Lundvall, Esq. (NSBN 3761) |
| FEDERMAN & SHERWOOD | Kristen Gallagher, Esq. (NSBN 9561) |
| 10205 N. Pennsylvania Avenue | MCDONALD CARANO WILSON LLP |
| Oklahoma City, Oklahoma  73120 | 2300 West Sahara Avenue, Suite 1000 |
| (405) 235-1560  Telephone | Las Vegas, Nevada 89102 |
| (405) 239-2112  Facsimile | Telephone: (702) 873-4100 |
| wbf@federmanlaw.com | Facsimile: (702) 873-9966 |
| | lundvall@mcdonaldcarano.com |
| Dennis L. Kennedy, Esq. (NSBN 1462) | kgallagher@mcdonaldcarano.com |
| Joseph A. Liebman, Esq. (NSBN 10125) | |
| BAILEY KENNEDY | Sandra C. Mccallion, Esq. |
| 8984 Spanish Ridge Avenue | Melanie Grossman, Esq. |
| Las Vegas, Nevada 89148-1302 | COHEN & GRESSER LLP |
| Telephone: (702) 562-8820 | 800 Third Avenue |
| Facsimile: (701) 562-9921 | New York, New York 10022 |
| dkennedy@baileykennedy.com | 212 957 7600 phone |
| jliebman@baileykennedy.com | 212 957 4514 fax |
| | smccallion@cohengresser.com |
| *Attorneys for Plaintiff Kevin Drover* | mgrossman@cohengresser.com |
| | (*pro hac vice* applications to be submitted) |
| | |
| | *Attorneys for Defendant LG Electronics, USA, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 8, 2012