PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, NV  89102
Telephone:  702.873.4100
Facsimile:  702.873.9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

SANDRA C. McCALLION (*pro hac vice* pending)
S.C. SOHN (admitted *pro hac vice*)
THOMAS E. BEZANSON (admitted *pro hac vice*)
MATTHEW V. POVOLNY (admitted *pro hac vice*)
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, NY 10022
Phone:  (212) 957-7600
Fax:  (212) 957-4514
smccallion@cohengresser.com
scsohn@cohengresser.com
tbezanson@cohengresser.com
mpovolny@cohengresser.com

*Attorneys for Defendant LG Electronics, U.S.A., Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DROVER, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS USA, INC.,<br><br>Defendant. | Case No. 2:12-cv-00510-JCM-VCF<br><br>**STIPULATION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS** |

The parties hereby stipulate to stay discovery, including the conference, discovery plan and report required by FRCP 26(f) and LR 26-1(d), and initial disclosures under FRCP 26(a), pending this Court's ruling on LG Electronics USA, Inc.'s Motion to Dismiss the Class Action Complaint ("Motion to Dismiss") (Doc. 19).  The parties request this stay of all discovery in the interests of efficiency. The briefing on the Motion to Dismiss is expected to be completed no later than July 25, 2012.  (Simultaneously with this stipulation, the parties have submitted a

1  stipulation, request and order extending Defendant's time to file a Reply in support of the Motion
2  to Dismiss from July 23, 2012 to July 25, 2012.)

3  In the event that the Motion to Dismiss is denied as to any claim(s), the parties agree to
4  conduct the conference required by FRCP 26(f) no later than thirty (30) days after the Court
5  enters an order on the Motion to Dismiss, and to submit the discovery plan and scheduling order
6  required by FRCP 26(f) and LR 26-1(d) no later than fourteen (14) days after the Rule 26(f)
7  conference. By executing this stipulation, the parties are not waiving their objections regarding
8  whether and to what extent discovery may be permissible in this action.

9  The undersigned represent this stipulation is not intended for purposes of delay.

10  DATED this 27th day of June, 2012.

| McDONALD CARANO WILSON LLP | BAILEY KENNEDY |
|---|---|
| By: /s/ Kristen. Gallagher<br>   Pat Lundvall (NSBN 3761)<br>   Kristen T. Gallagher (NSBN 9561)<br>   2300 W. Sahara Avenue, Suite 1000<br>   Las Vegas, NV  89102<br>   Telephone:  702.873.4100<br>   Facsimile:  702.873.9966<br>   lundvall@mcdonaldcarano.com<br>   kgallagher@mcdonaldcarano.com<br><br>   Sandra C. McCallion (*pro hac vice* pending)<br>   S.C. Sohn (admitted *pro hac vice*)<br>   Thomas E. Bezanson (admitted *pro hac vice*)<br>   Matthew V. Povolny (admitted *pro hac vice*)<br>   COHEN & GRESSER LLP<br>   800 Third Avenue, 21st Floor<br>   New York, NY 10022<br>   Phone:  (212) 957-7600<br>   Fax:  (212) 957-4514<br>   smccallion@cohengresser.com<br>   scsohn@cohengresser.com<br>   tbezanson@cohengresser.com<br>   mpovolny@cohengresser.com<br><br>*Attorneys for Defendant LG Electronics, U.S.A., Inc.* | By: /s/ William B. Federman (with consent)<br>   Dennis L. Kennedy (NSBN 1462)<br>   Joseph A. Liebman (NSBN 10125)<br>   8984 Spanish Ridge Avenue<br>   Las Vegas, Nevada 89148-1302<br>   Telephone: (702) 562-8820<br>   Facsimile: (701) 562-9921<br>   dkennedy@baileykennedy.com<br>   jliebman@baileykennedy.com<br><br>   William B. Federman<br>   FEDERMAN & SHERWOOD<br>   10205 N. Pennsylvania Avenue<br>   Oklahoma City, Oklahoma 73120<br>   (405) 235-1560 Telephone<br>   (405) 239-2112 Facsimile<br>   wbf@federmanlaw.com<br>   (admitted *pro hac vice*)<br><br>*Attorneys for Plaintiff Kevin Drover* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____