PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

SANDRA C. McCALLION (*pro hac vice* pending)
S.C. SOHN (admitted *pro hac vice*)
THOMAS E. BEZANSON (admitted *pro hac vice*)
MATTHEW V. POVOLNY (admitted *pro hac vice*)
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, NY 10022
Phone: (212) 957-7600
Fax: (212) 957-4514
smccallion@cohengresser.com
scsohn@cohengresser.com
tbezanson@cohengresser.com
mpovolny@cohengresser.com

*Attorneys for Defendant LG Electronics, U.S.A., Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DROVER, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS USA, INC.,<br><br>Defendant. | Case No. 2:12-cv-00510-JCM-VCF<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS CLASS ACTION COMPLAINT**<br><br>**(Second Request)** |

Defendant LG Electronics USA, Inc. ("Defendant") and plaintiff Kevin Drover ("Plaintiff"), by and through their respective counsel, hereby submit their Amended Stipulation and Order to extend the deadline for Defendant to file its Reply in support of Motion to Dismiss the Class Action Complaint. The parties inadvertently stated that the reply date should be extended to June 25, 2012 instead of July 25, 2012. Accordingly, the parties now submit an

1  Amended Stipulation and Order to reflect the agreed upon date that extends the deadline for
2  Defendant to file its Reply from July 23, 2012 to July 25, 2012.
3  DATED this 30th day of June, 2012.

| McDONALD CARANO WILSON LLP | FEDERMAN & SHERWOOD |
|---|---|
| By: /s/ Kristen T. Gallagher<br>Pat Lundvall (NSBN 3761)<br>Kristen T. Gallagher (NSBN 9561)<br>2300 W. Sahara Avenue, Suite 1000<br>Las Vegas, NV  89102<br>Telephone:  702.873.4100<br>Facsimile:  702.873.9966<br>lundvall@mcdonaldcarano.com<br>kgallagher@mcdonaldcarano.com<br><br>Sandra C. McCallion (*pro hac vice* pending)<br>S.C. Sohn (admitted *pro hac vice*)<br>Thomas E. Bezanson (admitted *pro hac vice*)<br>Matthew V. Povolny (admitted *pro hac vice*)<br>COHEN & GRESSER LLP<br>800 Third Avenue, 21st Floor<br>New York, NY 10022<br>Phone:  (212) 957-7600<br>Fax:  (212) 957-4514<br>smccallion@cohengresser.com<br>scsohn@cohengresser.com<br>tbezanson@cohengresser.com<br>mpovolny@cohengresser.com<br><br>*Attorneys for Defendant LG Electronics, U.S.A., Inc.* | By: /s/ William B. Federman (with consent)<br>William B. Federman<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, Oklahoma 73120<br>(405)235-1560 Telephone<br>(405) 239-2112 Facsimile<br>wbf@federmanlaw.com<br>(admitted *pro hac vice*)<br><br>Dennis L. Kennedy (NSBN 1462)<br>Joseph A. Liebman (NSBN 10125)<br>BAILEY KENNEDY<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br>Telephone: (702) 562-8820<br>Facsimile: (701) 562-9921<br>dkennedy@baileykennedy.com<br>jliebman@baileykennedy.com<br><br>*Attorneys for Plaintiff Kevin Drover* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 13, 2012