# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| KEVIN DROVER, | 2:12-cv -00510-JCM-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| LG ELECTRONICS USA, INC., | |
| Defendant. | |

Pursuant to the Stipulation of parties (#37), the time for filing the Discovery Plan and Scheduling Order is continued until December 1, 2012. In the event the Motion to Dismiss (#19) remains undecided on that date, the Court will consider a further continuance if a stipulation to that effect is filed.

DATED this 27th day of July, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE