```
 1  PAT LUNDVALL (NSBN 3761)
 2  McDONALD CARANO WILSON LLP
 3  2300 W. Sahara Ave., Ste. 1000
    Las Vegas, NV  89102
 4  (702) 873-4100
 5  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DROVER, individually and on behalf of all others similarly situated,<br><br>  Plaintiff(s),<br><br>vs.<br><br>LG ELECTRONICS USA, INC.<br><br>  Defendant(s). | Case #2:12-cv-00510-JCM-VCF<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $200.00 |

   ___Christopher M.P. Jackson___, Petitioner, respectfully represents to the Court:
         (name of petitioner)

   1.   That Petitioner is an attorney at law and a member of the law firm of

                            Cohen & Gresser LLP
   _____
                               (firm name)

with offices at _____800 Third Avenue_____,
                                (street address)

___New York___ , ___New York___ , ___10022___ ,
   (city)              (state)        (zip code)

___212 707 7267___ , ___cjackson@cohengresser.com___ ,
(area code + telephone number)    (Email address)

   2.   That Petitioner has been retained personally or as a member of the law firm by

___LG Electronics U.S.A., Inc.___ to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since __November 19, 2001__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __New York__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, New Jersey | May 11, 2001 | |
| U.S. District Court, Southern District of New York | May 31, 2005 | |
| U.S. District Court, Eastern District of New York | June 30, 2005 | |
| State of New Jersey | May 11, 2001 | 00402001 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> Never denied admission

7. That Petitioner is a member of good standing in the following Bar Associations:

> New York City Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 | FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____New York____ )
COUNTY OF ____New York____ )

____Christopher M.P. Jackson____, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__1st__ day of __August__, __2012__.

_____
Notary Public or Clerk of Court

SVETLANA MALENKOVA
Notary Public, State of New York
No. 01MA6210673
Qualified in Kings County
Commission Expires August 24, 201?

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Pat Lundvall____ (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____2300 W. Sahara Avenue, Suite 1000____
(street address)

____Las Vegas____, ____Nevada____, ____89102____
(city)              (state)              (zip code)

____702-873-4100____, ____lundvall@mcdonaldcarano.com____
(area code + telephone number)     (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Pat Lundvall_____ as
                                        (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature) Kevin D. Jaffe, Deputy General Counsel

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_Kristen T. Gallagher_ #9561 for Pat Lundvall
Designated Resident Nevada Counsel's signature

3761                        lundvall@mcdonaldcarano.com
Bar number                  Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5                                           Rev. 12/11

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that*     **CHRISTOPHER M P JACKSON**
*(No.*    004202001    *) was constituted and appointed an Attorney at Law of New Jersey on*    **May 11, 2001**    *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **14TH** *day of* **July** *, 20* **12** *.*

*Clerk of the Supreme Court*

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# CHRISTOPHER M. P. JACKSON

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **November 19, 2001**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

July 5, 2012

_____
Clerk of the Court

3992