PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, NV  89102
Telephone:  702.873.4100
Facsimile:  702.873.9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

SANDRA C. McCALLION (admitted *pro hac vice*)
S.C. SOHN (admitted *pro hac vice*)
THOMAS E. BEZANSON (admitted *pro hac vice*)
CHRISTOPHER M. P. JACKSON (admitted *pro hac vice*)
MATTHEW V. POVOLNY (admitted *pro hac vice*)
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, NY 10022
Phone:  (212) 957-7600
Fax:  (212) 957-4514
smccallion@cohengresser.com
scsohn@cohengresser.com
tbezanson@cohengresser.com
cjackson@cohengresser.com
mpovolny@cohengresser.com

*Attorneys for Defendant LG Electronics, U.S.A., Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN DROVER, individually and on behalf of all others similarly situated;<br><br>                    Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS USA, INC.,<br><br>                    Defendant. | Case No. 2:12-cv-00510-JCM-VCF<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that Melanie Grossman, Esq. hereby withdraws as counsel for Defendant LG Electronics USA, Inc. ("LGUSA").  Pat Lundvall and Kristen T. Gallagher of McDonald Carano Wilson LLP, and Sandra C. McCallion, S.C. Sohn, Thomas E. Bezanson,

///

///

Christopher M. P. Jackson, and Matthew V. Povolny of Cohen & Gresser LLP will continue to serve as counsel to LGUSA in this matter.

RESPECTFULLY SUBMITTED this 6th day of August, 2012.

    McDONALD CARANO WILSON LLP

By: /s/ Kristen T. Gallagher
    Pat Lundvall (NSBN 3761)
    Kristen T. Gallagher (NSBN 9561)
    2300 W. Sahara Avenue, Suite 1000
    Las Vegas, NV 89102
    lundvall@mcdonaldcarano.com
    kgallagher@mcdonaldcarano.com

    Sandra C. McCallion (admitted *pro hac vice*)
    S.C. Sohn (admitted *pro hac vice*)
    Thomas E. Bezanson (admitted *pro hac vice*)
    Christopher M. P. Jackson (admitted *pro hac vice*)
    Matthew V. Povolny (admitted *pro hac vice*)
    COHEN & GRESSER LLP
    800 Third Avenue, 21st Floor
    New York, NY 10022
    smccallion@cohengresser.com
    scsohn@cohengresser.com
    tbezanson@cohengresser.com
    cjackson@cohengresser.com
    mpovolny@cohengresser.com

    *Attorneys for Defendant LG Electronics, U.S.A., Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on this 6th day of August, 2012, I caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE** to be served via the U.S. District Court's Notice of Electronic Filing ("NEF") in the above-captioned case, upon the following:

Dennis L. Kennedy, Esq. (NSBN 1462)
Joseph A. Liebman, Esq. (NSBN 10125)
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: (702) 562-8820
Facsimile: (701) 562-9921
dkennedy@baileykennedy.com
jliebman@baileykennedy.com

WILLIAM B. FEDERMAN
FEDERMAN & SHERWOOD
8 10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
9 (405)235-1560 Telephone
(405) 239-2112 Facsimile
wbf@federmanlaw.com
(admitted *pro hac vice*)

*Attorneys for Plaintiff Kevin Drover*

/s/ Yalonda Dekle
An employee of McDonald Carano Wilson LLP

343440