PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, NV  89102
Telephone:  702.873.4100
Facsimile: 702.873.9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

SANDRA C. McCALLION (admitted *pro hac vice*)
S.C. SOHN (admitted *pro hac vice*)
THOMAS E. BEZANSON (admitted *pro hac vice*)
CHRISTOPHER M. P. JACKSON (admitted *pro hac vice*)
MATTHEW V. POVOLNY (admitted *pro hac vice*)
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, NY 10022
Phone:  (212) 957-7600
Fax:  (212) 957-4514
smccallion@cohengresser.com
scsohn@cohengresser.com
tbezanson@cohengresser.com
cjackson@cohengresser.com
mpovolny@cohengresser.com

*Attorneys for Defendant LG Electronics U.S.A., Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DROVER, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS USA, INC.,<br><br>Defendant. | Case No. 2:12-cv-00510-JCM-VCF<br><br>**LG ELECTRONICS USA, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS** |

Defendant LG Electronics USA, Inc. ("LGUSA") respectfully notifies the Court of a recent decision of the United States District Court for the District of New Jersey in *Moulton, et al., v. LG Electronics USA, Inc.*, No. 11-cv-04073 (JLL), 2012 WL 3598760 (D. N.J. Aug. 21, 2012), which was issued on August 21, 2012.  In its decision, the *Moulton* court granted LG Electronics USA, Inc.'s motion to dismiss the plaintiffs' amended complaint, dismissing

1  plaintiffs' claims with prejudice.  In *Moulton*, the plaintiffs' amended complaint asserted
2  consumer fraud, warranty, and unjust enrichment claims arising out of the alleged premature
3  failure of plasma and LCD televisions manufactured by LG Electronics USA, Inc.  The *Moulton*
4  decision arises from similar facts present in the instant action, involves some of the identical
5  products, and addresses legal issues that are similar to those raised in Defendant's Motion to
6  Dismiss (Doc. 19).  While not binding, LGUSA respectfully suggests the Court may find the
7  *Moulton* decision informative and instructive.

8  DATED this 7th day of September, 2012.

9  McDONALD CARANO WILSON LLP

10 By: /s/ Kristen T. Gallagher
   Pat Lundvall (NSBN 3761)
11 Kristen T. Gallagher (NSBN 9561)
   2300 W. Sahara Avenue, Suite 1000
12 Las Vegas, NV  89102
   lundvall@mcdonaldcarano.com
13 kgallagher@mcdonaldcarano.com

14 Sandra C. McCallion (admitted *pro hac vice*)
   S.C. Sohn (admitted *pro hac vice*)
15 Thomas E. Bezanson (admitted *pro hac vice*)
   Christopher M. P. Jackson (admitted *pro hac vice*)
16 Matthew V. Povolny (admitted *pro hac vice*)
   COHEN & GRESSER LLP
17 800 Third Avenue, 21st Floor
   New York, NY 10022
18 smccallion@cohengresser.com
   scsohn@cohengresser.com
19 tbezanson@cohengresser.com
   cjackson@cohengresser.com
20 mpovolny@cohengresser.com

21 *Attorneys for Defendant LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on this 7th day of September, 2012, I caused a true and correct copy of the foregoing **LG ELECTRONICS USA, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS** to be served via the U.S. District Court's Notice of Electronic Filing ("NEF") in the above-captioned case, upon the following:

Dennis L. Kennedy, Esq. (NSBN 1462)
Joseph A. Liebman, Esq. (NSBN 10125)
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: (702) 562-8820
Facsimile: (701) 562-9921
dkennedy@baileykennedy.com
jliebman@baileykennedy.com

WILLIAM B. FEDERMAN
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
(405)235-1560 Telephone
(405) 239-2112 Facsimile
wbf@federmanlaw.com
(admitted *pro hac vice*)

*Attorneys for Plaintiff Kevin Drover*

/s/ Yalonda Dekle
An employee of McDonald Carano Wilson LLP

260548