PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

SANDRA C. McCALLION
S.C. SOHN
THOMAS E. BEZANSON
CHRISTOPHER M. P. JACKSON
MATTHEW V. POVOLNY
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, NY 10022
Telephone: 212.957.7600
Facsimile: 212.957.4514
smccallion@cohengresser.com
scsohn@cohengresser.com
tbezanson@cohengresser.com
cjackson@cohengresser.com
mpovolny@cohengresser.com
(admitted *pro hac vice*)

*Attorneys for Defendant LG Electronics U.S.A., Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN DROVER, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS USA, INC.,<br><br>Defendant. | Case No. 2:12-cv-00510-JCM-VCF<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO:   CLERK OF THE COURT; and

TO:   ALL INTERESTED PARTIES

Please take notice that McDONALD CARANO WILSON LLP, counsel for LG Electronics U.S.A., Inc. in the above-captioned matter, has a new suite number as reflected in the following mailing address:

**2300 W. Sahara Avenue, Suite 1200**
**Las Vegas, NV  89102**

Please proceed with all court pleadings and communications using the new mailing address effective immediately.  The telephone and facsimile numbers will remain the same.

DATED this 10th day of April, 2013.

McDONALD CARANO WILSON LLP

By: /s/ Kristen T. Gallagher
Pat Lundvall (NSBN 3761)
Kristen T. Gallagher (NSBN 9561)
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:  702.873.4100
Facsimile:  702.873.9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

Sandra C. McCallion
S.C. Sohn
Thomas E. Bezanson
Christopher M. P. Jackson
Matthew V. Povolny
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, NY 10022
Telephone: 212.957.7600
Facsimile: 212.957.4514
smccallion@cohengresser.com
scsohn@cohengresser.com
tbezanson@cohengresser.com
cjackson@cohengresser.com
mpovolny@cohengresser.com
(admitted *pro hac vice*)

*Attorneys for Defendant LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on this 10th day of April, 2013, I caused a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** to be served via the U.S. District Court's Notice of Electronic Filing ("NEF") in the above-captioned case, upon the following:

> Dennis L. Kennedy, Esq. (NSBN 1462)
> Joseph A. Liebman, Esq. (NSBN 10125)
> BAILEY KENNEDY
> 8984 Spanish Ridge Avenue
> Las Vegas, Nevada 89148-1302
> Telephone: (702) 562-8820
> Facsimile: (701) 562-9921
> dkennedy@baileykennedy.com
> jliebman@baileykennedy.com
>
> WILLIAM B. FEDERMAN
> FEDERMAN & SHERWOOD
> 10205 N. Pennsylvania Avenue
> Oklahoma City, Oklahoma 73120
> (405)235-1560 Telephone
> (405) 239-2112 Facsimile
> wbf@federmanlaw.com
> (admitted *pro hac vice*)
>
> *Attorneys for Plaintiff Kevin Drover*

/s/   Marianne Carter
An employee of McDonald Carano Wilson LLP

276074