PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:  702.873.4100
Facsimile:  702.873.9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

SANDRA C. McCALLION (admitted *pro hac vice*)
S.C. SOHN (admitted *pro hac vice*)
THOMAS E. BEZANSON (admitted *pro hac vice*)
CHRISTOPHER M.P. JACKSON (admitted *pro hac vice*)
MATTHEW V. POVOLNY (admitted *pro hac vice*)
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, NY 10022
Phone:  (212) 957-7600
Fax:  (212) 957-4514
smccallion@cohengresser.com
scsohn@cohengresser.com
tbezanson@cohengresser.com
cjackson@cohengresser.com
mpovolny@cohengresser.com

*Attorneys for Defendant LG Electronics, U.S.A., Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DROVER, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS USA, INC.,<br><br>Defendant. | Case No. 2:12-cv-00510-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant LG Electronics USA, Inc. ("Defendant") and plaintiff Kevin Drover ("Plaintiff"), by and through their respective counsel, hereby submit their Stipulation and Order to extend the deadline for Defendant to file its response to Plaintiff's Motion for Leave to File a First Amended Complaint, filed July 3, 2013 (Doc. 65).  This is the first request for an extension of time to respond to Plaintiff's Motion.  Defendant's response is currently due July 22, 2013.

The parties hereby stipulate and agree that the deadline for Defendant to respond to the Motion for Leave to File a First Amended Complaint shall be extended to August 22, 2013. The undersigned represent that this stipulation is not intended for purposes of delay.

DATED this 17th day of July, 2013.

| McDONALD CARANO WILSON LLP | BAILEY KENNEDY |
|---|---|
| By: /s/ Kristen T. Gallagher<br>Pat Lundvall (NSBN 3761)<br>Kristen T. Gallagher (NSBN 9561)<br>2300 W. Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>Telephone: 702.873.4100<br>Facsimile: 702.873.9966<br>lundvall@mcdonaldcarano.com<br>kgallagher@mcdonaldcarano.com<br><br>Sandra C. McCallion (admitted *pro hac vice*)<br>S.C. Sohn (admitted *pro hac vice*)<br>Thomas E. Bezanson (admitted *pro hac vice*)<br>Christopher M.P. Jackson (admitted *pro hac vice*)<br>Matthew V. Povolny (admitted *pro hac vice*)<br>COHEN & GRESSER LLP<br>800 Third Avenue, 21st Floor<br>New York, NY 10022<br>Phone: (212) 957-7600<br>Fax: (212) 957-4514<br>smccallion@cohengresser.com<br>scsohn@cohengresser.com<br>tbezanson@cohengresser.com<br>cjackson@cohengresser.com<br>mpovolny@cohengresser.com<br><br>*Attorneys for Defendant LG Electronics, U.S.A., Inc.* | By: /s/ Joseph A. Liebman<br>Dennis L. Kennedy (NSBN 1462)<br>Joseph A. Liebman (NSBN 10125)<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br>Telephone: (702) 562-8820<br>Facsimile: (701) 562-9921<br>dkennedy@baileykennedy.com<br>jliebman@baileykennedy.com<br><br>William B. Federman<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, Oklahoma 73120<br>(405)235-1560 Telephone<br>(405) 239-2112 Facsimile<br>wbf@federmanlaw.com<br>(admitted *pro hac vice*)<br><br>*Attorneys for Plaintiff Kevin Drover* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

282916