PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:  702.873.4100
Facsimile:  702.873.9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

SANDRA C. McCALLION (admitted *pro hac vice*)
S.C. SOHN (admitted *pro hac vice*)
THOMAS E. BEZANSON (admitted *pro hac vice*)
CHRISTOPHER M.P. JACKSON (admitted *pro hac vice*)
MATTHEW V. POVOLNY (admitted *pro hac vice*)
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, NY 10022
Phone:  (212) 957-7600
Fax:  (212) 957-4514
smccallion@cohengresser.com
scsohn@cohengresser.com
tbezanson@cohengresser.com
cjackson@cohengresser.com
mpovolny@cohengresser.com

*Attorneys for Defendant LG Electronics, U.S.A., Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DROVER, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS USA, INC.,<br><br>Defendant. | Case No. 2:12-cv-00510-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant LG Electronics USA, Inc. ("Defendant") and plaintiff Kevin Drover ("Plaintiff"), by and through their respective counsel, hereby submit their Stipulation and Order to extend the deadline for Defendant to file its response to Plaintiff's Motion for Leave to File a First Amended Complaint, filed July 3, 2013 (Doc. 65).  This is the first request for an extension of time to respond to Plaintiff's Motion.  Defendant's response is currently due July 22, 2013.

The parties hereby stipulate and agree that the deadline for Defendant to respond to the Motion for Leave to File a First Amended Complaint shall be extended to August 22, 2013. The undersigned represent that this stipulation is not intended for purposes of delay.

DATED this 17th day of July, 2013.

McDONALD CARANO WILSON LLP

By: /s/  Kristen T. Gallagher
   Pat Lundvall (NSBN 3761)
   Kristen T. Gallagher (NSBN 9561)
   2300 W. Sahara Avenue, Suite 1200
   Las Vegas, NV  89102
   Telephone:  702.873.4100
   Facsimile:  702.873.9966
   lundvall@mcdonaldcarano.com
   kgallagher@mcdonaldcarano.com

   Sandra C. McCallion (admitted *pro hac vice*)
   S.C. Sohn (admitted *pro hac vice*)
   Thomas E. Bezanson (admitted *pro hac vice*)
   Christopher M.P. Jackson (admitted *pro hac vice*)
   Matthew V. Povolny (admitted *pro hac vice*)
   COHEN & GRESSER LLP
   800 Third Avenue, 21st Floor
   New York, NY 10022
   Phone:  (212) 957-7600
   Fax:  (212) 957-4514
   smccallion@cohengresser.com
   scsohn@cohengresser.com
   tbezanson@cohengresser.com
   cjackson@cohengresser.com
   mpovolny@cohengresser.com

*Attorneys for Defendant LG Electronics, U.S.A., Inc.*

BAILEY KENNEDY

By: /s/  Joseph A. Liebman
   Dennis L. Kennedy (NSBN 1462)
   Joseph A. Liebman (NSBN 10125)
   8984 Spanish Ridge Avenue
   Las Vegas, Nevada 89148-1302
   Telephone: (702) 562-8820
   Facsimile: (701) 562-9921
   dkennedy@baileykennedy.com
   jliebman@baileykennedy.com

   William B. Federman
   FEDERMAN & SHERWOOD
   10205 N. Pennsylvania Avenue
   Oklahoma City, Oklahoma 73120
   (405)235-1560 Telephone
   (405) 239-2112 Facsimile
   wbf@federmanlaw.com
   (admitted *pro hac vice*)

*Attorneys for Plaintiff Kevin Drover*

**IT IS SO ORDERED:**

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                Magistrate
DATED:  7-17-2013

282916

Page 2 of 2