# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KEVIN DROVER, | 2:12-cv -00510-JCM-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| LG ELECTRONICS USA, INC., | |
| Defendant. | |

Before the Court is Plaintiff's Motion for Leave to Amend. (#65). Plaintiff requests the Court leave to amend and allow Plaintiff to file the proposed First Amended Complaint. *Id.*

On August 16, 2013, Defendant LG Electronics USA, Inc. filed the Notice of Conditional Non-Opposition to Plaintiff's Motion for Leave to File a First Amended Complaint. (#68). Defendant states that it "does not oppose Plaintiff's Motion and consents to the filing of the First Amended Complaint, provided however that LGUSA does not thereby concede that the First Amended Complaint states a claim for relief and further provided that LGUSA reserves its right to move to dismiss the First Amended Complaint under Rules 8, 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure." *Id.*

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Amend (#65) is GRANTED.

DATED this 4th day of October, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE