PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

SANDRA C. McCALLION
S.C. SOHN
THOMAS E. BEZANSON
CHRISTOPHER M.P. JACKSON
MATTHEW V. POVOLNY
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, NY 10022
Phone: (212) 957-7600
Fax: (212) 957-4514
smccallion@cohengresser.com
scsohn@cohengresser.com
tbezanson@cohengresser.com
cjackson@cohengresser.com
mpovolny@cohengresser.com
(admitted *pro hac vice*)

*Attorneys for Defendant LG Electronics, U.S.A., Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DROVER, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS USA, INC.,<br><br>Defendant. | Case No. 2:12-cv-00510-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant LG Electronics USA, Inc. ("Defendant") and plaintiff Kevin Drover ("Plaintiff"), by and through their respective counsel, hereby stipulate and agree that the deadline for Defendant to file its Reply in support of its Motion to Dismiss the First Amended Complaint (Doc. 71, filed October 7, 2013) shall be extended from October 31, 2013 to November 15, 2013.

///

1  The undersigned represent this stipulation is not intended for purposes of delay.

2  DATED this 24th day of October, 2013.

3  McDONALD CARANO WILSON LLP                    BAILEY KENNEDY

By: /s/ Kristen T. Gallagher                     By: /s/ Joseph A. Liebman
    Pat Lundvall (NSBN 3761)                         Dennis L. Kennedy (NSBN 1462)
    Kristen T. Gallagher (NSBN 9561)                 Joseph A. Liebman (NSBN 10125)
    2300 W. Sahara Avenue, Suite 1200                8984 Spanish Ridge Avenue
    Las Vegas, NV 89102                              Las Vegas, Nevada 89148-1302
    Telephone: (702) 873-4100                        Telephone: (702) 562-8820
    Facsimile: (702) 873-9966                        Facsimile: (702) 562-9921
    lundvall@mcdonaldcarano.com                      dkennedy@baileykennedy.com
    kgallagher@mcdonaldcarano.com                    jliebman@baileykennedy.com

    Sandra C. McCallion                              William B. Federman
    S.C. Sohn                                        FEDERMAN & SHERWOOD
    Thomas E. Bezanson                               10205 N. Pennsylvania Avenue
    Christopher M.P. Jackson                         Oklahoma City, Oklahoma 73120
    Matthew V. Povolny                               Telephone: (405) 235-1560
    COHEN & GRESSER LLP                              Facsimile: (405) 239-2112
    800 Third Avenue, 21st Floor                     wbf@federmanlaw.com
    New York, NY 10022                               (admitted *pro hac vice*)
    Telephone: (212) 957-7600
    Facsimile: (212) 957-4514                        *Attorneys for Plaintiff Kevin Drover*
    smccallion@cohengresser.com
    scsohn@cohengresser.com
    tbezanson@cohengresser.com
    cjackson@cohengresser.com
    mpovolny@cohengresser.com
    (admitted *pro hac vice*)

*Attorneys for Defendant LG Electronics, U.S.A., Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

1527-005/00140092.DOCv