PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:  (702) 873-4100
Facsimile:  (702) 873-9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

SANDRA C. McCALLION
S.C. SOHN
THOMAS E. BEZANSON
CHRISTOPHER M.P. JACKSON
MATTHEW V. POVOLNY
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, NY 10022
Phone:  (212) 957-7600
Fax:  (212) 957-4514
smccallion@cohengresser.com
scsohn@cohengresser.com
tbezanson@cohengresser.com
cjackson@cohengresser.com
mpovolny@cohengresser.com
(admitted *pro hac vice*)

*Attorneys for Defendant LG Electronics, U.S.A., Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN DROVER, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS USA, INC.,<br><br>Defendant. | Case No. 2:12-cv-00510-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant LG Electronics USA, Inc. ("Defendant") and plaintiff Kevin Drover ("Plaintiff"), by and through their respective counsel, hereby stipulate and agree that the deadline for Defendant to file its Reply in support of its Motion to Dismiss the First Amended Complaint (Doc. 71, filed October 7, 2013) shall be extended from October 31, 2013 to November 15, 2013.

///

1527-005/00140092.DOCv

1    The undersigned represent this stipulation is not intended for purposes of delay.

2    DATED this 24th day of October, 2013.

3  McDONALD CARANO WILSON LLP                    BAILEY KENNEDY

5  By: /s/  Kristen T. Gallagher                 By: /s/  Joseph A. Liebman
       Pat Lundvall (NSBN 3761)                       Dennis L. Kennedy (NSBN 1462)
       Kristen T. Gallagher (NSBN 9561)               Joseph A. Liebman (NSBN 10125)
       2300 W. Sahara Avenue, Suite 1200              8984 Spanish Ridge Avenue
       Las Vegas, NV  89102                           Las Vegas, Nevada 89148-1302
       Telephone: (702) 873-4100                      Telephone: (702) 562-8820
       Facsimile: (702) 873-9966                      Facsimile: (702) 562-9921
       lundvall@mcdonaldcarano.com                    dkennedy@baileykennedy.com
       kgallagher@mcdonaldcarano.com                  jliebman@baileykennedy.com

       Sandra C. McCallion                            William B. Federman
       S.C. Sohn                                      FEDERMAN & SHERWOOD
       Thomas E. Bezanson                             10205 N. Pennsylvania Avenue
       Christopher M.P. Jackson                       Oklahoma City, Oklahoma 73120
       Matthew V. Povolny                             Telephone: (405) 235-1560
       COHEN & GRESSER LLP                            Facsimile: (405) 239-2112
       800 Third Avenue, 21st Floor                   wbf@federmanlaw.com
       New York, NY 10022                             (admitted *pro hac vice*)
       Telephone: (212) 957-7600
       Facsimile: (212) 957-4514                      *Attorneys for Plaintiff Kevin Drover*
       smccallion@cohengresser.com
       scsohn@cohengresser.com
       tbezanson@cohengresser.com
       cjackson@cohengresser.com
       mpovolny@cohengresser.com
       (admitted *pro hac vice*)

       *Attorneys for Defendant LG Electronics, U.S.A., Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 25, 2103