PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone: (702) 873-4100
Facsimile:  (702) 873-9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

SANDRA C. McCALLION
S.C. SOHN
THOMAS E. BEZANSON
CHRISTOPHER M.P. JACKSON
MATTHEW V. POVOLNY
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, NY 10022
Phone:  (212) 957-7600
Fax: (212) 957-4514
smccallion@cohengresser.com
scsohn@cohengresser.com
tbezanson@cohengresser.com
cjackson@cohengresser.com
mpovolny@cohengresser.com
(admitted *pro hac vice*)

*Attorneys for Defendant LG Electronics, U.S.A., Inc*.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DROVER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS USA, INC.,<br><br>Defendant. | Case No. 2:12-cv-00510-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant LG Electronics USA, Inc. ("Defendant") and plaintiff Kevin Drover ("Plaintiff"), by and through their respective counsel, hereby stipulate and agree that the time for Defendant to answer or otherwise respond to the Second Amended Complaint (Doc. 77, filed June 23, 2014) shall be extended from July 10, 2014 to July 31, 2014.

1527-005/00156712.DOCXv

The undersigned represent this stipulation is not intended for purposes of delay.

DATED this 25th day of June, 2014.

| McDONALD CARANO WILSON LLP | BAILEY KENNEDY |
|---|---|
| By: /s/ Kristen T. Gallagher<br>   Pat Lundvall (NSBN 3761)<br>   Kristen T. Gallagher (NSBN 9561)<br>   2300 W. Sahara Avenue, Suite 1200<br>   Las Vegas, NV 89102<br>   Telephone: (702) 873-4100<br>   Facsimile: (702) 873-9966<br>   lundvall@mcdonaldcarano.com<br>   kgallagher@mcdonaldcarano.com<br><br>   Sandra C. McCallion<br>   S.C. Sohn<br>   Thomas E. Bezanson<br>   Christopher M.P. Jackson<br>   Matthew V. Povolny<br>   COHEN & GRESSER LLP<br>   800 Third Avenue, 21st Floor<br>   New York, NY 10022<br>   Telephone: (212) 957-7600<br>   Facsimile: (212) 957-4514<br>   smccallion@cohengresser.com<br>   scsohn@cohengresser.com<br>   tbezanson@cohengresser.com<br>   cjackson@cohengresser.com<br>   mpovolny@cohengresser.com<br>   (admitted *pro hac vice*)<br><br>*Attorneys for Defendant LG Electronics, U.S.A., Inc.* | By: /s/ Dennis L. Kennedy<br>   Dennis L. Kennedy (NSBN 1462)<br>   Joseph A. Liebman (NSBN 10125)<br>   8984 Spanish Ridge Avenue<br>   Las Vegas, Nevada 89148-1302<br>   Telephone: (702) 562-8820<br>   Facsimile: (702) 562-9921<br>   dkennedy@baileykennedy.com<br>   jliebman@baileykennedy.com<br><br>   William B. Federman<br>   FEDERMAN & SHERWOOD<br>   10205 N. Pennsylvania Avenue<br>   Oklahoma City, Oklahoma 73120<br>   Telephone: (405) 235-1560<br>   Facsimile: (405) 239-2112<br>   wbf@federmanlaw.com<br>   (admitted *pro hac vice*)<br><br>*Attorneys for Plaintiff Kevin Drover* |

**IT IS SO ORDERED:**

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                    Magistrate

DATED: 6-25-2014