DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
(702) 562-8820 Telephone
(702) 562-8821 Facsimile
dkennedy@baileykennedy.com
jliebman@baileykennedy.com

WILLIAM B. FEDERMAN *(admitted pro hac vice)*
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
(405) 235-1560 Telephone
(405) 239-2112 Facsimile
wbf@federmanlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DROVER, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS USA, INC.,<br><br>Defendant. | Case No. 2:12-cv-00510-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES FOR DEFENDANT'S MOTION TO DISMISS** |

Plaintiff Kevin Drover ("Plaintiff") and Defendant LG Electronics USA, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate and agree that the deadline for Plaintiff to file his Response to the Motion to Dismiss (Doc. 80) shall be extended from August 18, 2014 to September 4, 2014 and the time for Defendant to file its Reply in support of the Motion to Dismiss shall be extended to September 25, 2014.

The undersigned represent this stipulation is not intended for purposes of delay.

Dated: August 13, 2014

/s/ William B. Federman
William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma  73120
(405) 235-1560  Telephone
(405) 239-2112  Facsimile
wbf@federmanlaw.com
(admitted *pro hac vice*)

Dennis L. Kennedy, Esq. (NSBN 1462)
Joseph A. Liebman, Esq. (NSBN 10125)
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: (702) 562-8820
Facsimile: (701) 562-9921
dkennedy@baileykennedy.com
jliebman@baileykennedy.com

*Attorneys for Plaintiff Kevin Drover*

/s/ Kristen Gallagher
Pat Lundvall, Esq. (NSBN 3761)
Kristen Gallagher, Esq. (NSBN 9561)
MCDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

Sandra C. McCallion, Esq.
S.C. Sohn, Esq.
Thomas E. Bezanson, Esq.
Christopher M. P. Jackson, Esq.
Matthew V. Povolny, Esq.
COHEN & GRESSER LLP
800 Third Avenue
New York, New York 10022
212 957 7600 phone
212 957 4514 fax
smccallion@cohengresser.com
mgrossman@cohengresser.com
scsohn@cohengresser.com
tbezanson@cohengresser.com
cjackson@cohengresser.com
mpovolny@cohengresser.com
(admitted *pro hac vice*)

*Attorneys for Defendant LG Electronics, USA, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____