# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KEVIN DROVER,<br><br>                    Plaintiff,<br><br>vs.<br><br>LG ELECTRONICS USA, INC.,<br><br>                    Defendant. | 2:12-cv-00510-JCM-VCF<br><br>**<u>ORDER</u>** |

Before the court is *Kevin Drover v. LG Electronics USA, Inc.*, case no 2:12-cv-00510-JCM-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that the parties must file a discovery plan and scheduling order by October 17, 2014.

IT IS FURTHER ORDERED that a discovery hearing is scheduled for 10:00 a.m., October 22, 2014, in courtroom 3D. The hearing will be automatically vacated upon the filing of the discovery plan and scheduling order.

Dated this 7th day of October, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE