1   PAT LUNDVALL (NSBN 3761)
    KRISTEN T. GALLAGHER (NSBN 9561)
2   McDONALD CARANO WILSON LLP
    2300 W. Sahara Avenue, Suite 1200
3   Las Vegas, NV  89102
    Telephone:  702.873.4100
4   Facsimile:  702.873.9966
    lundvall@mcdonaldcarano.com
5   kgallagher@mcdonaldcarano.com

6   SANDRA C. McCALLION
    S.C. SOHN
7   THOMAS E. BEZANSON
    CHRISTOPHER M.P. JACKSON
8   MATTHEW V. POVOLNY
    COHEN & GRESSER LLP
9   800 Third Avenue, 21st Floor
    New York, NY 10022
10  Phone:  (212) 957-7600
    Fax:  (212) 957-4514
11  smccallion@cohengresser.com
    scsohn@cohengresser.com
12  tbezanson@cohengresser.com
    cjackson@cohengresser.com
13  mpovolny@cohengresser.com
    (admitted *pro hac vice*)
14
    *Attorneys for Defendant LG Electronics, U.S.A., Inc.*
15

16                 **UNITED STATES DISTRICT COURT**

17                      **DISTRICT OF NEVADA**

18  KEVIN DROVER, individually and on behalf    Case No. 2:12-cv-00510-JCM-VCF
    of all others similarly situated;
19
                        Plaintiffs,             **STIPULATION AND ORDER TO STAY
20                                              DISCOVERY PENDING RULING ON
    vs.                                         MOTION TO DISMISS SECOND
21                                              AMENDED COMPLAINT**
    LG ELECTRONICS USA, INC.,
22                                              **(Third Request)**
                        Defendant.
23

24

25        The parties hereby stipulate to stay discovery, including the conference, discovery plan

26  and report required by FRCP 26(f) and LR 26-1(d), and initial disclosures under FRCP 26(a),

27  pending this Court's ruling on LG Electronics USA, Inc.'s Motion to Dismiss the Second

28  Amended Complaint ("Motion to Dismiss the SAC") (Doc. 80).  Briefing on Defendant's

McDONALD • CARANO • WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE (702) 873-4100 • FAX (702) 873-9966

1    Motion to Dismiss the SAC was completed on September 25, 2014 (Doc. 84).  On October 7,

2    2014, the Court entered a minute order ordering the parties to file a discovery plan and

3    scheduling order by October 17, 2014 (Doc. 85).

4         The Court granted the parties' previous two requests to stay discovery during the

5    pendency of Defendant's first motion to dismiss (Doc. 43) and Defendant's subsequent motion

6    for reconsideration (Doc. 54).  The parties respectfully request that the stay of all discovery be

7    extended during the pendency of Defendant's Motion to Dismiss the SAC in the interests of

8    efficiency.

9          In the event that Defendant's Motion to Dismiss the SAC is denied, the parties agree

10   that Defendant will file an Answer not less than (30) days after the Court enters an order on the

11   Motion.  The parties agree to conduct the conference required by FRCP 26(f) no later than thirty

12   (30) days after Defendant files an Answer, and to submit the discovery plan and scheduling order

13   required by FRCP 26(f) and LR 26-1(d) no later than fourteen (14) days after the Rule 26(f)

14   conference.  By executing this stipulation, the parties are not waiving their objections regarding

15   whether and to what extent discovery may be permissible in this action.

16   . . .

17   . . .

18   . . .

19   . . .

20   . . .

21   . . .

22   . . .

23   . . .

24   . . .

25   . . .

26   . . .

27   . . .

28   . . .

McDONALD • CARANO • WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA
PHONE (702)873-4100 • FAX (702) 873-9966

1    The undersigned represent this stipulation is not intended for purposes of delay.

2    DATED this 9th day of October, 2014.

3    McDONALD CARANO WILSON LLP          BAILEY KENNEDY

4

5    By: /s/  Kristen T. Gallagher          By: /s/  William B. Federman
6       Pat Lundvall (NSBN 3761)              Dennis L. Kennedy (NSBN 1462)
        Kristen T. Gallagher (NSBN 9561)      Joseph A. Liebman (NSBN 10125)
7       2300 W. Sahara Avenue, Suite 1200     8984 Spanish Ridge Avenue
        Las Vegas, NV  89102                  Las Vegas, Nevada 89148-1302
8       Telephone:  702.873.4100              Telephone: (702) 562-8820
        Facsimile:  702.873.9966              Facsimile: (701) 562-9921
9       lundvall@mcdonaldcarano.com           dkennedy@baileykennedy.com
        kgallagher@mcdonaldcarano.com         jliebman@baileykennedy.com

10      Sandra C. McCallion                   William B. Federman
        S.C. Sohn                             FEDERMAN & SHERWOOD
11      Thomas E. Bezanson                    10205 N. Pennsylvania Avenue
        Christopher M.P. Jackson              Oklahoma City, Oklahoma 73120
12      Matthew V. Povolny                    (405)235-1560 Telephone
        COHEN & GRESSER LLP                   (405) 239-2112 Facsimile
13      800 Third Avenue, 21st Floor          wbf@federmanlaw.com
        New York, NY 10022                    (admitted *pro hac vice*)
14      Phone:  (212) 957-7600
        Fax:  (212) 957-4514                  *Attorneys for Plaintiff Kevin Drover*
15      smccallion@cohengresser.com
        scsohn@cohengresser.com
16      tbezanson@cohengresser.com
        cjackson@cohengresser.com
17      mpovolny@cohengresser.com
        (admitted *pro hac vice*)
18
        *Attorneys for Defendant LG Electronics,*
19      *U.S.A., Inc.*

20

21                                      **IT IS SO ORDERED:**

22

23      _____
        UNITED STATES MAGISTRATE JUDGE
24
        DATED: _____
25

26

27

28