DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada  89148-1302
(702) 562-8820 Telephone
(702) 562-9921 Facsimile
dkennedy@baileykennedy.com
jliebman@baileykennedy.com

WILLIAM B. FEDERMAN
(*admitted pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma  73120
(405) 235-1560 Telephone
(405) 239-2112 Facsimile
wbf@federmanlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DROVER, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )  CASE NO.  2:12-cv-00510-JCM-VCF |
| v. | )<br>) **PLAINTIFF'S NOTICE OF** |
| | ) **SETTLEMENT** |
| LG ELECTRONICS USA, INC., | )<br>) |
| Defendant. | ) |

      Plaintiff Kevin Drover represents to this Court that a settlement of this action has been reached between Plaintiff and Defendant LG Electronics USA, Inc., and is in the process of finalization.  Plaintiff requests that the case be administratively closed pending settlement. Defendant concurs in this request.

- 1 -

1 | Dated: November 6, 2014 | Respectfully submitted,

**FEDERMAN & SHERWOOD**

By: /s/ William B. Federman
William B. Federman
(*admitted pro hac vice*)
10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
(405) 235-1560   Telephone
(405) 239-2112   Facsimile

**BAILEY❖KENNEDY**
Dennis L. Kennedy
Nevada Bar No. 1462
Joseph A. Liebman
Nevada Bar No. 10125
8984 Spanish Ridge Avenue
Las Vegas, Nevada  89148-1302
(702) 562-8820  Telephone
(702) 562-8821  Facsimile

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HERBY CERTIFY that on November 6, 2014, I caused a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF SETTLEMENT** to be served via the U.S. District Court's Notice of Electronic Filing ("NEF") in the above-captioned case, upon the following:

Pat Lundvall (NSBN 3761)
Kristen T. Gallagher (NSBN 9561)
**McDONALD CARANO WILSON LLP**
2300 W. Sahara Avenue, Suite 1000
Las Vegas, NV 89102
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

Sandra C. Mccallion
S.C. Sohn
Thomas E. Bezanson
Christopher M. P. Jackson
Matthew V. Povolny
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, NY 10022
smccallion@cohengresser.com
scsohn@cohengresser.com
tbezanson@cohengresser.com
cjackson@cohengresser.com
mpovolny@cohengresser.com

*Attorneys for Defendant LG Electronics, U.S.A., Inc.*

/s/ William B. Federman
William B. Federman