# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| KEVIN DROVER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LG ELECTRONICS USA, INC.,<br><br>　　　　　Defendants. | 2:12-cv-00510-JCM-VCF<br><br>**ORDER** |

The court has been notified that the above referenced matter has reached a settlement.

Accordingly,

IT IS HEREBY ORDERED that the stipulation and order for dismissal must be filed on or before January 12, 2015.

DATED this 3rd day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE