UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

KEVIN DROVER,

        Plaintiff,

vs.

LG ELECTRONICS USA, INC.,

        Defendants.

2:12-cv-00510-JCM-VCF

**ORDER**

The court has been notified that the above referenced matter has reached a settlement.

Accordingly,

IT IS HEREBY ORDERED that the stipulation and order for dismissal must be filed on or before January 12, 2015.

DATED this 3rd day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE