1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  JOSEPH A. LIEBMAN
   Nevada Bar No. 10125
3  BAILEY-KENNEDY
   8984 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148-1302
5  (702) 562-8820 Telephone
   (702) 562-9921 Facsimile
6  dkennedy@baileykennedy.com
   jliebman@baileykennedy.com
7
   WILLIAM B. FEDERMAN *(admitted pro hac vice)*
8  FEDERMAN & SHERWOOD
9  10205 N. Pennsylvania Avenue
   Oklahoma City, Oklahoma 73120
10 (405) 235-1560 Telephone
   (405) 239-2112 Facsimile
11 wbf@federmanlaw.com
12 *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN DROVER, individually and on behalf of all others similarly situated; | Case No. 2:12-cv-00510-JCM-VCF |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| LG ELECTRONICS USA, INC., | |
| Defendant. | |

Plaintiff Kevin Drover and Defendant LG Electronics USA, Inc. hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action, No. 2:12-cv-00510-JCM-VCF, hereby is and shall be voluntarily dismissed with prejudice and without fees and costs to either party.

Dated: January 12, 2015

| | |
|---|---|
| FEDERMAN & SHERWOOD | McDONALD CARANO WILSON LLP |
| By: /s/ William B. Federman<br>William B. Federman<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, Oklahoma 73120<br>(405)235-1560 Telephone<br>(405) 239-2112 Facsimile<br>wbf@federmanlaw.com<br>(admitted *pro hac vice*)<br><br>Dennis L. Kennedy (NSBN 1462)<br>Joseph A. Liebman (NSBN 10125)<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br>Telephone: (702) 562-8820<br>Facsimile: (701) 562-9921<br>dkennedy@baileykennedy.com<br>jliebman@baileykennedy.com<br><br>*Attorneys for Plaintiff Kevin Drover* | By: /s/ Kristen T. Gallagher<br>Pat Lundvall (NSBN 3761)<br>Kristen T. Gallagher (NSBN 9561)<br>2300 W. Sahara Avenue, Suite 1000<br>Las Vegas, NV 89102<br>Telephone: 702.873.4100<br>Facsimile: 702.873.9966<br>lundvall@mcdonaldcarano.com<br>kgallagher@mcdonaldcarano.com<br><br>Sandra C. McCallion<br>S.C. Sohn<br>Thomas E. Bezanson<br>Christopher M.P. Jackson<br>Matthew V. Povolny<br>COHEN & GRESSER LLP<br>800 Third Avenue, 21st Floor<br>New York, NY 10022<br>Phone: (212) 957-7600<br>Fax: (212) 957-4514<br>smccallion@cohengresser.com<br>scsohn@cohengresser.com<br>tbezanson@cohengresser.com<br>cjackson@cohengresser.com<br>mpovolny@cohengresser.com<br>(admitted *pro hac vice*)<br><br>*Attorneys for Defendant LG Electronics, U.S.A., Inc.* |

**IT IS SO ORDERED:**

DATED: February 3, 2015    /s/ James C. Mahan
_____
UNITED STATES DISTRICT JUDGE